MEMO ENDORSED

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 14, 2020

> Application granted: Sentencing adjourned, on consent, from Feb. 14, 2020 until March 5, 2020 at 11:00am. Clerk of the Court requested to terminate the motion (doc. 11).
> Dated: Jan. 14, 2020
> **SO ORDERED:**
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Ralph Mancini**
      **19 Cr. 361 (NSR)**

Dear Judge Román:

I am writing with the consent of the Government to request a brief adjournment of the sentencing date in the above-captioned case. Mr. Mancini will undergo a medically necessary surgery on February 10 and will require several days to recover. Therefore, we respectfully request that Your Honor adjourn Mr. Mancini's sentencing, which is currently scheduled for February 14, to Thursday, March 5 at 11:00 am. All parties have indicated that they are available on this date.

Respectfully submitted,

Kerry A. Lawrence

KAL/rbr

cc:   AUSA Daniel Loss